UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-492-SPG |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING HEARING DATE |
| v. | |
| MARK CHAVEZ, | **[PROPOSED] SENTENCING DATE: 09/17/25 at 10:00 a.m.** |
| Defendant. | |

The Court has read and considered the Stipulation to Continue Sentencing Hearing for Defendant MARK CHAVEZ ("defendant"). The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing hearing.

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing for defendant, currently set for April 2, 2025, is continued to September 17, 2025 at 10:30 a.m.

IT IS SO ORDERED.

February 14, 2025
DATE

HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/*
HAOXIAOHAN CAI
Assistant United States Attorney